# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No.**

Shannon Crews,
    Plaintiff,

v.

Dana Weaver-Osterholtz, M.D.,

    Defendant.

## COMPLAINT AND JURY DEMAND

The Plaintiff, Shannon Crews, by and through her attorney, James W. Avery, as her complaint against the Defendant, Dana Weaver-Osterholtz, M.D., states:

### JURISDICTIONAL ALLEGATIONS

1. Plaintiff, Shannon Crews, is a resident of the County of Genessee, State of Michigan.

2. Defendant, Dana Weaver-Osterholtz, M.D. (hereinafter "Defendant"), is a physician who at all times pertinent hereto was licensed and practiced medicine in the State of Colorado.

3. The incident which forms the basis for this complaint concerns medical care and treatment which occurred in the County of El Paso, State of Colorado on about December 29, 2009 and thereafter.

4. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. §1332.

5. Venue is proper.

### FIRST CLAIM FOR RELIEF
(Malpractice/Negligence/Lack of Informed Consent)

6. Plaintiff hereby incorporates by reference all paragraphs of the Jurisdictional Allegations as though fully set forth herein.

7. Plaintiff Shannon Crews submitted to care and treatment by Defendant, a Urologist, on about December 29, 2009, when she was suffering from kidney obstruction.

8. At all times pertinent hereto, Defendant had a duty to provide care and treatment in accordance with standards of care applicable to Urologists.

9. Defendant undertook surgical care and treatment of the Plaintiff without adequate consent, and failed to complete the course of treatment, essentially abandoning her patient.

10. At all times pertinent hereto, Defendant failed to applicable standards of care in the treatment provided to Plaintiff, that caused Plaintiff to suffer multiple complications and hospitalizations, follow up surgery, unnecessary surgery, convalescence and permanent bodily injury.  Said failure to comply with the applicable standards of care for a Urologist constitutes negligence.

11. As a result of Defendant's negligence, Plaintiff suffered multiple infections, kidney abscess, and ultimately chronic kidney damage and disease.

12. As a result of the aforesaid injuries, Plaintiff has suffered and incurred, and is expected to suffer and incur, past and future medical and rehabilitation expenses, past and future economic losses other than health care, past and future non-economic losses, loss of past and future earnings, temporary and permanent physical impairment, disability and disfigurement, diminishment of life expectancy, and severe emotional distress.

WHEREFORE, Plaintiff prays for judgment against the Defendant in an amount sufficient to compensate Plaintiff for the injuries and damages claimed herein, for consequential damages, prejudgment interest, litigation costs and expenses, expert witness fees, and such other and further relief as provided by law and as this Court deems just and proper.

**PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL ISSUES**.


By:   s/James W. Avery_____
        James W. Avery, Esq.

                                          AVERY LAW FIRM
                                          44 Cook St., Ste. 100
                                          Denver, Colorado 80206
                                          Ph. (303) 840-2222
                                          Fax: (303)328-2976
                                          Email: averylawfirm@gmail.com
                                          ATTORNEY FOR PLAINTIFFS

Plaintiff's address:
726 Shadybrook Ln.
Flushing, MI 48433