# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   11-cv-03369-CMA-MJW             FTR - Courtroom A-502

**Date:**   June 12, 2012                              Courtroom Deputy, Ellen E. Miller

<u>*Parties*</u>                                                   <u>*Counsel*</u>

SHANNON CREWS,                                         James W. Avery

    Plaintiff(s),

v.

DANA WEAVER-OSTERHOLTZ, and                           David D. Karr
PARKVIEW MEDICAL CENTER, INC.,                        Barbara H. Glogiewicz

    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   STATUS CONFERENCE
**Court in Session:**   9:45 a.m.
Court calls case. Appearances of counsel.
The time set for this Status Conference is 9:30 a.m. The Court has waited to call the case to allow Plaintiff time to call the Court as ordered. Plaintiff has failed to appear.

**It is ORDERED:**         A **SHOW CAUSE HEARING** is set **JULY 02, 2012 at 1:30 p.m.**
(Mountain Time) in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
A written ORDER TO SHOW CAUSE shall issue.
Plaintiff shall appear in person for the Show Cause Hearing.
Defense counsel may appear by telephone conference call.

Both defense counsel are to be on the call *before* the Court is contacted. Once the conference call is established, the Court shall be added as the final connection by dialing (303) 844-2403 at the scheduled time.

The Court raises Plaintiff's motion to withdraw for argument. With no objections,

**It is ORDERED:**         Plaintiff's MOTION FOR LEAVE TO WITHDRAW [Docket No. **21**, Filed May 01, 2012] is **GRANTED** for reasons as set forth on the record.

The Plaintiff shall either retain new counsel forthwith or must be prepared to proceed *pro se* for all further hearings, motions, pleadings, and trial in this civil action.

The Clerk of the Court is directed to <u>remove</u> all addresses for electronic notification for attorney James W. Avery.
The Clerk of the Court is directed to <u>add</u> the mailing address for the Plaintiff:
Shannon Crews
726 Shadybrook Ln.
Flushing, MI 48433

No telephone number is available for the Plaintiff at this time.

The Court raises Plaintiff's second motion for enlargement of time to file certificate of review. Objections by both defense counsel are heard. Objections are overruled.

**It is ORDERED:**   Plaintiff's SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE CERTIFICATE OF REVIEW [Docket No. **30**, filed June 05, 2012] is **GRANTED** for reasons as set forth on the record.
No further extensions shall be allowed.

**It is ORDERED:**   Plaintiff shall file a CERTIFICATE OF REVIEW **on or before JULY 02, 2012.**

Mr. Karr on behalf of defendants makes an Oral motion to amend certain dates in the Scheduling Order. With no objections,

**It is ORDERED:**   Defendants' ORAL MOTION TO AMEND THE SCHEDULING ORDER is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:**   Scheduling Order [Docket No. 27, filed May 07, 2012 *nunc pro tunc* to May 03, 2012] is amended as follows:
Dispositive Motion Deadline:
 **JANUARY 14, 2013**
Defendants' deadline for disclosure of expert witnesses:
 **OCTOBER  09,  2012**

Hearing concluded.
**Court in recess:**   10:04 a.m.
Total In-Court Time 00:19

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.