**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-03369-CMA-MJW

SHANNON CREWS

 Plaintiff,

v.

DANA WEAVER-OSTERHOLTZ, M.D., and
PARKVIEW MEDICAL CENTER, INC.,
D/b/a PARKVIEW MEDICAL CENTER AND PARKVIEW WEST,

 Defendant.

---

**FINAL JUDGMENT**

---

 In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

 Pursuant to the Order Affirming and Adopting the July 2, 2012 Recommendation of United States Magistrate Judge (Doc #38) of Judge Christine M. Arguello entered on August 1, 2012 it is

 ORDERED that this case is DISMISSED pursuant to Fed. R. Civ. P. 16(f) and/or 41(b) and D.C.COLO.LCivR 41.1 based upon Plaintiff's repeated failure to appear, her failure to prosecute, and her failure to comply with the court's orders.  It is

 FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 16(f)(2), Plaintiff is directed to pay the defendant's reasonable expenses – including attorneys' fees – incurred because of her failure to appear at the June 12 and July 2, 2012 hearings,

unless she shows that her failure to appear was substantially justified or other circumstances make an award of expenses unjust.

Dated at Denver, Colorado this 6th day of August, 2012.

FOR THE COURT:
GREGORY C. LANGHAM, CLERK

s/Edward P. Butler

Edward P. Butler
Deputy Clerk